UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

| | |
|---|---|
| **UNITED STATES OF AMERICA** )<br>) <br>**v.** )<br>) <br>**ANDREW BEEZUB** )<br>_____ ) | **Criminal Case No. 16-cr-** 78-01-JL |

## INDICTMENT

**The Grand Jury Charges:**

### COUNT ONE

**[Possession of Child Pornography – 18 U.S.C. § 2252(a)(4)(B)]**

In or around January 2016, in the District of New Hampshire, the defendant,

**ANDREW BEEZUB**,

did knowingly possess any matter that contained an image or video of child pornography, as defined in Title 18, United States Code, Section 2256, namely any visual depiction of sexually explicit conduct where the production of such visual depiction involves the use of a minor engaging in sexually explicit conduct, that had been mailed, shipped, and transported using any means or facility of interstate or foreign commerce, and in and affecting interstate or foreign commerce by any means, including by computer, or that was produced using materials that had been mailed, shipped, or transported in and affecting interstate or foreign commerce by any means, including by computer.

In violation of Title 18, United States Code, Section 2252(a)(4)(B).

TRUE BILL

Dated: June 1, 2016 /s/ Grand Jury Foreperson
Grand Jury Foreperson

EMILY GRAY RICE
United States Attorney

By: /s/ Nick Abramson
Nick Abramson
Assistant U.S. Attorney